Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Marshall)
# CIVIL DOCKET FOR CASE #: 2:25–cv–00157–JRG

STT WebOS, Inc. v. ByteDance Ltd. et al
Assigned to: District Judge Rodney Gilstrap
Cause: 35:271 Patent Infringement

Date Filed: 02/07/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**STT WebOS, Inc.**                    represented by **Christopher A Honea**
                                       Garteiser Honea PLLC
                                       119 W Ferguson St
                                       Tyler, TX 75702
                                       903–705–7420
                                       Fax: 903–405–3999
                                       Email: chonea@ghiplaw.com
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ByteDance Ltd.**                     represented by **Andrew Thompson (Tom) Gorham**
                                       Gillam & Smith, LLP
                                       7232 Crosswater Avenue
                                       Tyler, TX 75703
                                       903–934–8450
                                       Fax: 903–934–9257
                                       Email: tom@gillamsmithlaw.com
                                       *ATTORNEY TO BE NOTICED*

                                       **Andrew Townsend Radsch**
                                       Munger, Tolles & Olson LLP
                                       560 Mission Street, 27th Floor
                                       San Francisco, CA 94105
                                       415–512–4067
                                       Email: andrew.radsch@mto.com
                                       *ATTORNEY TO BE NOTICED*

                                       **David S Chun**
                                       Sheppard, Mullin, Richter & Hampton LLP
                                       1540 El Camino Real
                                       Suite 120
                                       Menlo Park, CA 94025
                                       650–815–2600
                                       Email: dchun@sheppardmullin.com
                                       *ATTORNEY TO BE NOTICED*

                                       **Harry Lee Gillam , Jr**

Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903–934–8450
Fax: 903–934–9257
Email: gil@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**James Lawrence Davis , Jr**
Sheppard, Mullin, Richter & Hampton LLP
1540 El Camino Real
Suite 120
Menlo Park, CA 94025
650–815–2600
Email: jdavis@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903–934–8450
Fax: 903–934–9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Shong Yin**
Sheppard, Mullin, Richter & Hampton LLP
1540 El Camino Real
Suite 120
Menlo Park, CA 94025–4111
650–815–2622
Email: syin@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ByteDance Pte. Ltd.**                    represented by  **Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Townsend Radsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S Chun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Lawrence Davis , Jr**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shong Yin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TikTok Ltd.**                    represented by **Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Townsend Radsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S Chun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Lawrence Davis , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shong Yin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heliophilia Pte. Ltd.**                    represented by **Melissa Richards Smith**
*TERMINATED: 05/19/2025*                    (See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2025 | Ï 1 | COMPLAINT against ByteDance Ltd., ByteDance Pte. Ltd., Heliophilia Pte. Ltd., TikTok Ltd. ( Filing fee $ 405 receipt number ATXEDC−10666610.), filed by STT WebOS, Inc.. (Attachments: # 1 Civil Cover Sheet)(Honea, Christopher) (Entered: 02/07/2025) |
| 02/07/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Honea, Christopher) (Entered: 02/07/2025) |

| 02/10/2025 | Ï | District Judge Rodney Gilstrap added. (KLC) (Entered: 02/10/2025) |
|---|---|---|
| 02/10/2025 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (KLC) (Entered: 02/10/2025) |
| 03/03/2025 | Ï 3 | ***WITHDRAWN PER DKT 8 .***SUMMONS Issued as to ByteDance Ltd. c/o TikTok U.S. Data Security Inc. c/o CSC – Lawyers Incorporating Service, ByteDance Pte. Ltd. c/o TikTok U.S. Data Security Inc. c/o CSC – Lawyers Incorporating Service, Heliophilia Pte. Ltd. c/o TikTok U.S. Data Security Inc. c/o CSC – Lawyers Incorporating Service, TikTok Ltd. c/o TikTok U.S. Data Security Inc. c/o CSC – Lawyers Incorporating Service. (Attachments: # 1 Additional Attachment(s), # 2 Additional Attachment(s), # 3 Additional Attachment(s))(NKL) Modified on 3/20/2025 (jmb). (Entered: 03/03/2025) |
| 03/07/2025 | Ï 4 | SUMMONS Returned Executed by STT WebOS, Inc.. ByteDance Ltd. served on 3/4/2025; ByteDance Pte. Ltd. served on 3/4/2025; Heliophilia Pte. Ltd. served on 3/4/2025; TikTok Ltd. served on 3/4/2025. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Honea, Christopher) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 5 | SUMMONS Issued as to ByteDance Ltd. c/o TIKTOK INC. c/o CSC – Lawyers Incorporating Service, ByteDance Pte. Ltd. c/o TIKTOK INC. c/o CSC – Lawyers Incorporating Service, Heliophilia Pte. Ltd. c/o TIKTOK INC. c/o CSC – Lawyers Incorporating Service, TikTok Ltd. c/o TIKTOK INC. c/o CSC – Lawyers Incorporating Service. (Attachments: # 1 Additional Attachment(s), # 2 Additional Attachment(s), # 3 Additional Attachment(s))(NKL) (Entered: 03/07/2025) |
| 03/18/2025 | Ï 6 | UNOPPOSED MOTION to Withdraw 3 *SUMMONS Returned Executed* by STT WebOS, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 03/18/2025) |
| 03/18/2025 | Ï 7 | ***WITHDRAWN PER DKT 21 .*** SUMMONS Returned Executed by STT WebOS, Inc.. ByteDance Ltd. served on 3/10/2025; ByteDance Pte. Ltd. served on 3/10/2025; Heliophilia Pte. Ltd. served on 3/10/2025; TikTok Ltd. served on 3/10/2025. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Honea, Christopher) Modified on 4/8/2025 (jmb). (Entered: 03/18/2025) |
| 03/19/2025 | Ï 8 | ORDER granting 6 Motion to Withdraw Proof of Service. Signed by District Judge Rodney Gilstrap on 3/19/2025. (jmb) (Entered: 03/20/2025) |
| 03/21/2025 | Ï 9 | ***WITHDRAWN PER DKT 20 .*** Unopposed Application for Extension of Time to Answer Complaint filed by ByteDance Ltd.. Summons originally served on 3/10/2025. Agreed new answer date is 5/15/2025.(Smith, Melissa) Modified on 4/8/2025 (jmb). (Entered: 03/21/2025) |
| 03/21/2025 | Ï 10 | ***WITHDRAWN PER DKT 20 .*** Unopposed Application for Extension of Time to Answer Complaint filed by ByteDance Pte. Ltd.. Summons originally served on 3/10/2025. Agreed new answer date is 5/15/2025.(Smith, Melissa) Modified on 4/8/2025 (jmb). (Entered: 03/21/2025) |
| 03/21/2025 | Ï 11 | ***WITHDRAWN PER DKT 20 .*** Unopposed Application for Extension of Time to Answer Complaint filed by Heliophilia Pte. Ltd.. Summons originally served on 3/10/2025. Agreed new answer date is 5/15/2025.(Smith, Melissa) Modified on 4/8/2025 (jmb). (Entered: 03/21/2025) |
| 03/21/2025 | Ï 12 | ***WITHDRAWN PER DKT 20 .*** Unopposed Application for Extension of Time to Answer Complaint filed by TikTok Ltd.. Summons originally served on 3/10/2025. Agreed new answer date is 5/15/2025.(Smith, Melissa) Modified on 4/8/2025 (jmb). (Entered: 03/21/2025) |
| 03/21/2025 | Ï 13 | |

| | | |
|---|---|---|
| | | Unopposed Application for Extension of Time to Answer Complaint is granted. ByteDance Ltd. answer is now due 5/15/2025. (Text entry only, no document attached.)(KLC) (Entered: 03/21/2025) |
| 03/21/2025 | Ï 14 | Unopposed Application for Extension of Time to Answer Complaint is granted. ByteDance Pte. Ltd. answer is now due 5/15/2025. (Text entry only, no document attached.)(KLC) (Entered: 03/21/2025) |
| 03/21/2025 | Ï 15 | Unopposed Application for Extension of Time to Answer Complaint is granted. Heliophilia Pte. Ltd. answer is now due 5/15/2025. (Text entry only, no document attached.)(KLC) (Entered: 03/21/2025) |
| 03/21/2025 | Ï 16 | Unopposed Application for Extension of Time to Answer Complaint is granted. TikTok Ltd. answer is now due 5/15/2025. (Text entry only, no document attached.)(KLC) (Entered: 03/21/2025) |
| 04/02/2025 | Ï 17 | UNOPPOSED MOTION to Withdraw 10 Unopposed Application for Extension of Time to Answer Complaint, 12 Unopposed Application for Extension of Time to Answer Complaint, 9 Unopposed Application for Extension of Time to Answer Complaint, 11 Unopposed Application for Extension of Time to Answer Complaint by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd., Heliophilia Pte. Ltd.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 04/02/2025) |
| 04/02/2025 | Ï 18 | WAIVER OF SERVICE Returned Executed by TikTok Ltd., ByteDance Pte. Ltd., ByteDance Ltd., Heliophilia Pte. Ltd.. TikTok Ltd. waiver sent on 4/1/2025, answer due 6/30/2025; ByteDance Pte. Ltd. waiver sent on 4/1/2025, answer due 6/30/2025; ByteDance Ltd. waiver sent on 4/1/2025, answer due 6/30/2025; Heliophilia Pte. Ltd. waiver sent on 4/1/2025, answer due 6/30/2025. (Smith, Melissa) (Entered: 04/02/2025) |
| 04/02/2025 | Ï 19 | UNOPPOSED MOTION to Withdraw 7 Summons Returned Executed, by STT WebOS, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 04/02/2025) |
| 04/06/2025 | Ï 20 | ORDER granting 17 Unopposed Motion to Withdraw Unopposed Applications for Extension of Time to Answer Complaint (Dkts. 9–12). Accordingly, it is ORDERED that the Unopposed Applications for Extension of Time to Answer Complaint (Dkt. Nos. 9–12) be WITHDRAWN. Signed by District Judge Rodney Gilstrap on 4/6/2025. (jmb) (Entered: 04/08/2025) |
| 04/08/2025 | Ï 21 | ORDER granting 19 UNOPPOSED MOTION to Withdraw 7 Summons Returned Executed. Signed by District Judge Rodney Gilstrap on 4/6/2025. (jmb) (Entered: 04/08/2025) |
| 04/09/2025 | Ï 22 | ORDER Scheduling/Case Management Conference set for 5/28/2025 at 01:30 PM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 4/8/25. (bga) (Entered: 04/09/2025) |
| 05/14/2025 | Ï 23 | NOTICE of Voluntary Dismissal by STT WebOS, Inc. (Honea, Christopher) (Entered: 05/14/2025) |
| 05/19/2025 | Ï 24 | ORDER DISMISSING Defendant Heliophilia Pte. Ltd.. Signed by District Judge Rodney Gilstrap on 05/15/2025. (mdj) (Entered: 05/19/2025) |
| 05/28/2025 | Ï 25 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference/Case Management Conference held on 5/28/2025 from 01:32 PM – 02:41 PM. Counsel for the parties appeared. Court: (1) asked whether the parties consented to trial before the U.S. Magistrate Judge; and (2) provided counsel with Claim Construction and Jury Selection/Trial dates. Court recognized the earlier dismissal of Defendant Heliophilia Pte. Ltd. (Court Reporter – Shawn McRoberts) (Text entry only; no document attached) (aeb) (Entered: 05/29/2025) |
| 05/30/2025 | Ï 26 | |

| | | DOCKET CONTROL ORDER: Pretrial Conference set for 11/2/2026 at 09:00 AM before District Judge Rodney Gilstrap. Jury Selection set for 12/7/2026 at 09:00AM before District Judge Rodney Gilstrap. Markman Hearing set for 6/10/2026 at 09:00 AM before District Judge Rodney Gilstrap.. Signed by District Judge Rodney Gilstrap on 05/30/2025. (mdj) (Entered: 05/30/2025) |
| --- | --- | --- |
| 06/11/2025 | Ï 27 | NOTICE of Attorney Appearance by Shong Yin on behalf of ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Yin, Shong) (Entered: 06/11/2025) |
| 06/11/2025 | Ï 28 | UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED DISCOVERY ORDER by STT WebOS, Inc.. (Attachments: # 1 Joint Proposed Discovery Order)(Honea, Christopher) (Entered: 06/11/2025) |
| 06/12/2025 | Ï 29 | NOTICE of Attorney Appearance by Andrew Townsend Radsch on behalf of ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Radsch, Andrew) (Entered: 06/12/2025) |
| 06/13/2025 | Ï 30 | DISCOVERY ORDER. Signed by District Judge Rodney Gilstrap on 06/12/2025. (mdj) (Entered: 06/13/2025) |
| 06/18/2025 | Ï 31 | UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED PROTECTIVE ORDER by STT WebOS, Inc.. (Attachments: # 1 Joint Proposed Protective Order)(Honea, Christopher) (Entered: 06/18/2025) |
| 06/18/2025 | Ï 32 | **FILED IN ERROR**UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED PROTECTIVE ORDER by STT WebOS, Inc.. (Attachments: # 1 Joint Proposed Protective Order)(Honea, Christopher) Modified on 6/18/2025 (mdj). (Entered: 06/18/2025) |
| 06/18/2025 | Ï | **\*\*\*FILED IN ERROR. Document # 32,. PLEASE IGNORE.\*\*\*** (mdj) (Entered: 06/18/2025) |
| 06/19/2025 | Ï 33 | NOTICE OF COMPLIANCE by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. *regarding Initial and Additional Disclosures* (Smith, Melissa) (Entered: 06/19/2025) |
| 06/20/2025 | Ï 34 | PROTECTIVE ORDER. Signed by District Judge Rodney Gilstrap on 06/19/2025. (mdj) (Entered: 06/20/2025) |
| 06/29/2025 | Ï 35 | NOTICE *OF VOLUNTARY DISMISSAL of COUNTS V AND VI OF THE COMPLAINT* by STT WebOS, Inc. (Honea, Christopher) (Entered: 06/29/2025) |
| 06/30/2025 | Ï 36 | NOTICE *OF DESIGNATION OF LEAD ATTORNEY* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Smith, Melissa) (Entered: 06/30/2025) |
| 06/30/2025 | Ï 37 | MOTION Rule 12(b)(6) Partial Motion to DIsmiss the Complaint re 1 Complaint by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Declaration of Shong Yin, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Proposed Order)(Smith, Melissa) (Entered: 06/30/2025) |
| 06/30/2025 | Ï 38 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. identifying Corporate Parent Bytedance Technology Pte. Ltd., Corporate Parent Bytedance Technology Ltd. for ByteDance Pte. Ltd.. (Smith, Melissa) (Entered: 06/30/2025) |
| 06/30/2025 | Ï 39 | RESPONSE to 35 Notice (Other) *Defendants' Response to Plaintiff's Notice of Voluntary Dismissal filed by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd..* (Smith, Melissa) (Entered: 06/30/2025) |
| 07/02/2025 | Ï 40 | UNOPPOSED MOTION to Amend/Correct *Docket Control Order* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 07/02/2025) |
| 07/09/2025 | Ï 41 | |

| | | FIRST AMENDED DOCKET CONTROL ORDER. Signed by District Judge Rodney Gilstrap on 07/09/2025. (mdj) (Entered: 07/09/2025) |
|---|---|---|
| 07/14/2025 | Ï 42 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 37 MOTION Rule 12(b)(6) Partial Motion to DIsmiss the Complaint re 1 Complaint by STT WebOS, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 07/14/2025) |
| 07/15/2025 | Ï 43 | ORDER REJECTING DISMISSAL. Signed by District Judge Rodney Gilstrap on 07/15/2025. (mdj) (Entered: 07/15/2025) |
| 07/15/2025 | Ï 44 | ORDER granting 42 Motion for Extension of Time to File Response/Reply re 42 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 37 MOTION Rule 12(b)(6) Partial Motion to DIsmiss the Complaint re 1 Complaint Responses due by 7/16/2025. Signed by District Judge Rodney Gilstrap on 07/15/2025. (mdj) (Entered: 07/15/2025) |
| 07/15/2025 | Ï 45 | UNOPPOSED MOTION for Leave to File *; UNOPPOSED MOTION TO AMEND THE COMPLAINT TO ADD PATENTS AND AMEND THE DOCKET CONTROL ORDER* by STT WebOS, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit 1 – First Amended Complaint, # 3 Exhibit 2 – Redline)(Honea, Christopher) (Entered: 07/15/2025) |
| 07/16/2025 | Ï 46 | ORDER granting 45 Motion to Amend the Complaint and DCO. Signed by District Judge Rodney Gilstrap on 07/16/2025. (mdj) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 47 | FIRST AMENDED COMPLAINT against ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd., filed by STT WebOS, Inc..(Honea, Christopher) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 48 | RESPONSE re 37 MOTION Rule 12(b)(6) Partial Motion to DIsmiss the Complaint re 1 Complaint *AS MOOT PURSUANT TO 47 FIRST AMENDED COMPLAINT filed by STT WebOS, Inc..* (Honea, Christopher) (Entered: 07/16/2025) |
| 07/16/2025 | Ï 49 | SECOND AMENDED DOCKET CONTROL ORDER. Signed by District Judge Rodney Gilstrap on 07/16/2025. (mdj) (Entered: 07/16/2025) |
| 07/30/2025 | Ï 50 | NOTICE OF COMPLIANCE by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. *regarding First Amended Initial and Additional Disclosures* (Smith, Melissa) (Entered: 07/30/2025) |
| 07/30/2025 | Ï 51 | MOTION to Dismiss *the First Amended Complaint (Partial)* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Declaration of Shong Yin, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Proposed Order)(Smith, Melissa) (Entered: 07/30/2025) |
| 07/31/2025 | Ï 52 | ORDER denying 37 Motion to Dismiss. Signed by District Judge Rodney Gilstrap on 07/31/2025. (mdj) (Entered: 07/31/2025) |
| 08/13/2025 | Ï 53 | RESPONSE in Opposition re 51 MOTION to Dismiss *the First Amended Complaint (Partial) filed by STT WebOS, Inc..* (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 08/13/2025) |
| 08/18/2025 | Ï 54 | OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Declaration of Shong Yin, # 2 Declaration of Jason Maxwell, # 3 Appendix 1 to Declaration of Jason Maxwell, # 4 Appendix 2 to Declaration of Jason Maxwell, # 5 Declaration of Aaron Samson, # 6 Declaration of Vivian Du, # 7 Declaration of Yebin Zhang, # 8 Exhibit A, # 9 Exhibit B, # 10 Exhibit C, # 11 Exhibit D, # 12 Exhibit E, # 13 Exhibit F, # 14 Exhibit G, # 15 Exhibit H, # 16 Exhibit I, # 17 Exhibit J, # 18 Exhibit K, # 19 Exhibit L, # 20 Exhibit M, # 21 Exhibit N, # 22 Exhibit O, # 23 Exhibit P, # 24 Exhibit Q, # 25 Exhibit R, # 26 Exhibit S, # 27 Exhibit T, # 28 Exhibit U, # 29 Exhibit V, # 30 Exhibit W, # 31 Exhibit X, # 32 Exhibit Y, # 33 Exhibit Z, # 34 Exhibit AA, # 35 Exhibit BB, # 36 Exhibit CC, # |

| | | |
|---|---|---|
| | | 37 Exhibit DD, # 38 Exhibit EE, # 39 Exhibit FF, # 40 Exhibit GG, # 41 Exhibit HH, # 42 Exhibit II, # 43 Exhibit JJ, # 44 Exhibit KK, # 45 Exhibit LL, # 46 Exhibit MM, # 47 Exhibit NN, # 48 Exhibit OO, # 49 Exhibit PP, # 50 Exhibit QQ, # 51 Exhibit RR, # 52 Exhibit SS, # 53 Exhibit TT, # 54 Proposed Order)(Smith, Melissa) (Entered: 08/18/2025) |
| 08/19/2025 | Ï 55 | REPLY to Response re 51 MOTION to Dismiss *the First Amended Complaint (Partial)* filed by *ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.*. (Smith, Melissa) (Entered: 08/19/2025) |
| 08/26/2025 | Ï 56 | REDACTION to 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Declaration of Shong Yin, # 2 Declaration of Jason Maxwell, # 3 Declaration of Aaron Samson, # 4 Declaration of Vivian Du, # 5 Declaration of Yebin Zhang, # 6 Exhibit B, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit OO, # 41 Exhibit PP, # 42 Exhibit QQ, # 43 Exhibit RR, # 44 Exhibit SS, # 45 Exhibit TT)(Smith, Melissa) (Entered: 08/26/2025) |
| 08/28/2025 | Ï 57 | UNOPPOSED MOTION to Amend/Correct *DOCKET CONTROL ORDER* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 08/28/2025) |
| 08/29/2025 | Ï 58 | THIRD AMENDED DOCKET CONTROL ORDER. Signed by District Judge Rodney Gilstrap on 08/29/2025. (KLC) (Entered: 08/29/2025) |
| 09/02/2025 | Ï 59 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* by STT WebOS, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 09/02/2025) |
| 09/03/2025 | Ï 60 | ORDER granting 59 Motion for Extension of Time to File Response/Reply re 59 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* Responses due by 9/16/2025. Signed by District Judge Rodney Gilstrap on 09/03/2025. (mdj) (Entered: 09/03/2025) |
| 09/16/2025 | Ï 61 | SEALED RESPONSE re 54 OPPOSED SEALED MOTION TO TRANSFER, filed by STT WebOS, Inc. (Attachments: # 1 Exhibit A – research paper)(Honea, Christopher) (Entered: 09/16/2025) |
| 09/17/2025 | Ï 62 | MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Affidavit/Declaration S. Yin, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Proposed Order)(Smith, Melissa) (Entered: 09/17/2025) |
| 09/19/2025 | Ï 63 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 09/19/2025) |

| 09/25/2025 | Ï 64 | ORDER granting 63 Motion for Extension of Time to File Response/Reply re 63 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* Responses due by 10/7/2025. Signed by District Judge Rodney Gilstrap on 09/25/2025. (mdj) (Entered: 09/25/2025) |
|---|---|---|
| 10/01/2025 | Ï 65 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS* by STT WebOS, Inc.. (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 10/01/2025) |
| 10/03/2025 | Ï 66 | JOINT MOTION TO AMEND 58 DOCKET CONTROL ORDER by STT WebOS, Inc.. (Honea, Christopher) (Additional attachment(s) added on 10/3/2025: # 1 Proposed Order) (NKL). (Entered: 10/03/2025) |
| 10/07/2025 | Ï 67 | SEALED REPLY to Response re 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A) filed by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd..* (Attachments: # 1 Affidavit/Declaration A. Radsch, # 2 Exhibit UU, # 3 Exhibit VV)(Smith, Melissa) (Entered: 10/07/2025) |
| 10/08/2025 | Ï 68 | RESPONSE in Opposition re 62 MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS filed by STT WebOS, Inc..* (Attachments: # 1 Exhibit 1 – Patent, # 2 Exhibit 2 – Patent, # 3 Exhibit 3 – Patent, # 4 Exhibit 4 – Patent, # 5 Exhibit 5 – Patent, # 6 Exhibit 6 – Patent, # 7 Exhibit 7 – Patent, # 8 Exhibit 8 – Patent, # 9 Exhibit 9 – Patent, # 10 Proposed Order)(Honea, Christopher) (Entered: 10/08/2025) |
| 10/10/2025 | Ï 69 | FOURTH AMENDED DOCKET CONTROL ORDER. Signed by District Judge Rodney Gilstrap on 10/10/2025. (KLC) (Entered: 10/10/2025) |
| 10/10/2025 | Ï 70 | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF re 62 MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 10/10/2025) |
| 10/10/2025 | Ï 71 | ORDER granting 65 Motion for Extension of Time to File Response/Reply re 65 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS* Responses due by 10/8/2025. Signed by District Judge Rodney Gilstrap on 10/10/2025. (mdj) (Entered: 10/10/2025) |
| 10/14/2025 | Ï 72 | SEALED SUR–REPLY to Reply to 61 Opposition to 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A) filed by STT WebOS, Inc..* (Honea, Christopher) (Entered: 10/14/2025) |
| 10/15/2025 | Ï 73 | ORDER granting 70 Motion for Extension of Time. Signed by District Judge Rodney Gilstrap on 10/15/2025. (mdj) (Entered: 10/15/2025) |
| 10/17/2025 | Ï 74 | UNOPPOSED SEALED MOTION *TO WITHDRAW AND CORRECT 72 PLAINTIFFS SUR–REPLY TO 54 DEFENDANTS SEALED MOTION TO TRANSFER, and MOTION FOR LEAVE FOR DEFENDANTS TO FILE A FURTHER RESPONSE* by STT WebOS, Inc.. (Attachments: # 1 Proposed Order, # 2 Corrected Surreply, # 3 Exhibit A – License)(Honea, |

| | | Christopher) (Entered: 10/17/2025) |
|---|---|---|
| 10/17/2025 | Ï 75 | UNOPPOSED MOTION TO FILE SUR SUR−REPLY IN SUPPORT OF MOTION TO TRANSFER by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 10/17/2025) |
| 10/17/2025 | Ï 76 | Sealed Document. DEFENDANTS' SUR SUR−REPLY IN SUPPORT OF MOTION TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A) (DKT. NO. 54) (Attachments: # 1 Declaration of Andrew Radsch, # 2 Exhibit WW)(Smith, Melissa) (Entered: 10/17/2025) |
| 10/20/2025 | Ï 77 | ORDER granting in part and denying in part 74 Sealed Motion; denying 75 Motion (mdj) (Entered: 10/20/2025) |
| 10/21/2025 | Ï 78 | NOTICE of Related Case 2:25−cv−01053−JRG STT WebOS, Inc. v. Verizon Communications Inc. by STT WebOS, Inc. (Honea, Christopher) (Entered: 10/21/2025) |
| 10/23/2025 | Ï 79 | REPLY to Response re 62 MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS* filed by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Smith, Melissa) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 80 | RESPONSE to 78 Notice (Other) *of Related Case* filed by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Smith, Melissa) (Entered: 10/23/2025) |
| 10/30/2025 | Ï 81 | SUR−REPLY to Reply to Response re 62 MOTION to Strike *PLAINTIFF STT WEBOS INC.'S DEFICIENT FIRST AMENDED INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL SUFFICIENT INFRINGEMENT CONTENTIONS* filed by STT WebOS, Inc.. (Honea, Christopher) (Entered: 10/30/2025) |
| 10/30/2025 | Ï 82 | RESPONSE to 80 *Response to 78 NOTICE of Related Case 2:25−cv−01053−JRG STT WebOS, Inc. v. Verizon Communications Inc.* filed by STT WebOS, Inc.. (Honea, Christopher) (Entered: 10/30/2025) |
| 11/06/2025 | Ï 83 | NOTICE *OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION FOR SHONG YIN* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Smith, Melissa) (Entered: 11/06/2025) |
| 11/10/2025 | Ï | NOTICE of Hearing on Motion 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)*: Motion Hearing set for 1/7/2026 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 11/10/2025) |
| 11/24/2025 | Ï 84 | NOTICE *NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION FOR ANDREW T. RADSCH* by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Smith, Melissa) (Entered: 11/24/2025) |
| 01/06/2026 | Ï 85 | NOTICE of Attorney Appearance by Andrew Thompson (Tom) Gorham on behalf of ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Gorham, Andrew) (Entered: 01/06/2026) |
| 01/06/2026 | Ï 86 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Gillam, Harry) (Entered: 01/06/2026) |
| 01/07/2026 | Ï 87 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 1/7/2026 from 08:59 AM − 09:44 AM re 54 OPPOSED SEALED MOTION *TO TRANSFER PURSUANT TO FORUM SELECTION CLAUSE, AND FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(A)* filed by TikTok Ltd., ByteDance Pte. Ltd. and ByteDance Ltd. No exhibits. (Court Reporter − Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 01/07/2026) |

| 01/07/2026 | Ï 88 | SEALED NOTICE OF VOLUNTARY DISMISSAL of Claims of Infringement that Relate to the Use of Certain Products or Services. (Honea, Christopher) (Entered: 01/07/2026) |
| --- | --- | --- |
| 01/08/2026 | Ï 89 | Paper Transcript Request by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. for January 7, 2026 Motion Hearing before Judge Rodney Gilstrap. (Smith, Melissa) Modified on 1/8/2026 (mdj). Forwarded to Shawn McRoberts on 01/08/2026. (Entered: 01/08/2026) |
| 01/08/2026 | Ï 90 | NOTICE of Attorney Appearance by David S Chun on behalf of ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Chun, David) (Entered: 01/08/2026) |
| 01/08/2026 | Ï 91 | NOTICE of Attorney Appearance by James Lawrence Davis, Jr on behalf of ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd. (Davis, James) (Entered: 01/08/2026) |
| 01/08/2026 | Ï 92 | SEALED RESPONSE by TikTok Ltd., ByteDance Pte. Ltd., ByteDance Ltd. to 88 Sealed Document (Smith, Melissa) (Entered: 01/08/2026) |
| 01/09/2026 | Ï 93 | SEALED TRANSCRIPT of Motion Hearing held on 01/07/2026 before Judge Rodney Gilstrap. Transcript is available only to authorized parties. Pursuant to LR CV−5.2/LR CR−49.1, during the first 90 days, it must be purchased from Court Reporter/Transcriber: Shawn McRoberts, (903) 923−8546. Thereafter, it may be purchased from the clerk by authorized parties. (SMM) (Entered: 01/09/2026) |
| 01/09/2026 | Ï 94 | ORDER re 88 Notice of Voluntary Dismissal. Signed by District Judge Rodney Gilstrap on 01/08/2026. (mdj) (Entered: 01/09/2026) |
| 01/09/2026 | Ï 95 | SEALED NOTICE OF COVENANT NOT TO SUE relating to 54 MOTION TO TRANSFER. (Attachments: # 1 Exhibit)(Honea, Christopher) (Entered: 01/09/2026) |
| 01/12/2026 | Ï 96 | SEALED RESPONSE by TikTok Ltd., ByteDance Pte. Ltd., ByteDance Ltd. to 95 Sealed Document NOTICE OF FILING OF COVENANT NOT TO SUE BY STT WEBOS, INC. (Smith, Melissa) (Entered: 01/12/2026) |
| 01/13/2026 | Ï 97 | SEALED NOTICE OF CORRECTED COVENANT NOT TO SUE relating to 54 MOTION TO TRANSFER. (Attachments: # 1 Exhibit)(Honea, Christopher) (Entered: 01/13/2026) |
| 01/14/2026 | Ï 98 | MEMORANDUM OPINION AND ORDER Granting 54 Motion to Transfer. Signed by District Judge Rodney Gilstrap on 01/13/2026. (mdj) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 99 | SEALED MOTION TO SEAL 98 Order. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2)(Honea, Christopher) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 100 | CORRECTED SEALED MOTION *TO SEAL 98 Order* by STT WebOS, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2)(Honea, Christopher) (Entered: 01/14/2026) |
| 01/16/2026 | Ï 101 | ORDER granting 100 Sealed Motion to File Under Seal. Signed by District Judge Rodney Gilstrap on 01/16/2026. (mdj) (Entered: 01/16/2026) |
| 01/26/2026 | Ï 102 | REDACTION to 88 Sealed Document by STT WebOS, Inc.. (Honea, Christopher) (Entered: 01/26/2026) |
| 01/26/2026 | Ï 103 | SEALED MOTION *TO SEAL 94 Order* by STT WebOS, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Honea, Christopher) (Entered: 01/26/2026) |
| 01/26/2026 | Ï 104 | REDACTION to 95 Sealed Document by STT WebOS, Inc.. (Attachments: # 1 Exhibit)(Honea, Christopher) (Entered: 01/26/2026) |
| 01/26/2026 | Ï 105 | REDACTION to 97 Sealed Document by STT WebOS, Inc.. (Attachments: # 1 Exhibit)(Honea, Christopher) (Entered: 01/26/2026) |

| 01/26/2026 | ï 106 | REDACTION to 92 Sealed Response to Non–Motion by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Smith, Melissa) (Entered: 01/26/2026) |
|---|---|---|
| 01/26/2026 | ï 107 | REDACTION to 96 Sealed Response to Non–Motion by ByteDance Ltd., ByteDance Pte. Ltd., TikTok Ltd.. (Smith, Melissa) (Entered: 01/26/2026) |
| 01/26/2026 | ï 108 | NOTICE *OF REDACTION* by STT WebOS, Inc. (Attachments: # 1 Additional Attachment(s) Redaction of 98 )(Honea, Christopher) (Entered: 01/26/2026) |
| 01/26/2026 | ï 109 | REDACTION to 98 Memorandum & Opinion by STT WebOS, Inc.. (Honea, Christopher) (Entered: 01/26/2026) |
| 01/27/2026 | ï 110 | ORDER granting 103 Sealed Motion to File Under Seal. Signed by District Judge Rodney Gilstrap on 01/27/2026. (mdj) (Entered: 01/27/2026) |