GARTEISER HONEA, PLLC
  A Professional Limited Liability Company
Christopher A. Honea, Cal Bar No. 232473
chonea@ghiplaw.com

Attorneys for Plaintiff STT WebOS, Inc.

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES L. DAVIS, JR, Cal Bar No. 304830
jdavis@sheppard.com
DAVID CHUN, Cal Bar No. 315958
dchun@sheppard.com
SHONG YIN, Cal Bar No. 319566
syin@sheppard.com
1540 El Camino Real, Suite 120
Menlo Park, California 94025-4111
Telephone:    650.815.2600
Facsimile:    650.815.2601

MUNGER, TOLLES & OLSON LLP
ANDREW T. RADSCH, Cal Bar No. 303665
andrew.radsch@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    415.512.4067

Attorneys for Defendants Bytedance Ltd.,
Bytedance Pte. Ltd., and TikTok Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STT WEBOS, INC., <br><br>         Plaintiff, <br><br>       v. <br><br> BYTEDANCE LTD., BYTEDANCE PTE. LTD., and TIKTOK LTD., <br><br>         Defendants. | Case No. 3:26-CV-01456-LJC <br><br> **ORDER GRANTING PARTIES' PROPOSED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE** <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Pursuant to the parties' joint statement, the parties are directed to resubmit their briefs updated with this Court's law and consistent with this district's Local Rules.

March 20, 2026: Defendants to resubmit opening brief in support of motion to strike Plaintiff's infringement contentions;

April 3, 2026: Plaintiff to resubmit opposition brief in response; and

April 17, 2026: Defendants to resubmit reply brief in support of motion to strike Plaintiff's infringement contentions.

**IT IS SO ORDERED.**

Signed this 27th day of February, 2026.

_____
LISA J. CISNEROS
United States Magistrate Judge

-1-

Case No. 3:26-CV-01456-LJC
ORDER GRANTING PARTIES'
PROPOSED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STRIKE