United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STT WEBOS, INC,

Plaintiff,

v.

BYTEDANCE LTD, et al.,

Defendants.

Case No. 26-cv-01456-BLF (SVK)

**ORDER RE GOVERNING PROTECTIVE ORDER**

Re: Dkt. No. 137

This patent infringement case was transferred to this District from the Eastern District of Texas in February of this year, with an existing stipulated protective order (Dkt. 34; "E.D. Texas Order"). In the Joint Submission before the Court (Dkt. 137), Plaintiff asks the Court to replace the E.D. Texas Order with this District's Model Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("N.D. Cal Model Order"). Defendants urge the Court to adopt the negotiated terms of the E.D. Texas Order, with adjustments to reflect this Court's Local Rules. To facilitate this approach, Defendants provide the N.D. Cal Model Order, edited to reflect the negotiated provisions of the E.D. Texas Order. Exs. 3 (clean version) and 4 (red-line) to Dkt. 137. The Court has evaluated the Parties' arguments and proposals as well as the relevant law and determines that this matter may be resolved without oral argument. Civ. L.R. 7-1(b).

As is not unusual in patent infringement cases, the Parties negotiated – apparently extensively - issues of access and inspection in coming to agreement on a protective order. *See* E.D. Texas Order. That order has been in place for over a year while discovery has been ongoing. Dkt. 137 at 6. The Court disagrees with Plaintiff's suggestion that the Patent Local Rules require a change in protective orders following transfer of a case to this District. Dkt. 137 at 1. To the contrary, the Court sees no principled reason or rule that would require the Parties to

United States District Court
Northern District of California

start over and renegotiate a protective order at this stage of the litigation. The only adjustments necessary are to conform to this Court's Local Rules and the undersigned's standing order. Upon review, the Court finds that the red-line of the N.D. Cal Model Order provided by Defendants (Ex. 4 to Dkt. 137) makes the necessary adjustments while preserving the Parties negotiated agreements. Additionally, the Court has inserted its standard edits to reflect the requirements of its standing order. A copy of Ex. 3 to Dkt. 137, adopting Defendant's edits and reflecting this Court's additional edits in red-line, is attached to this Order. Defendant is to finalize the attachment and submit for this Court's signature within 10 days of this Order.

**SO ORDERED.**

Dated: July 24, 2026

SUSAN VAN KEULEN
United States Magistrate Judge